UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA BEARD-GRADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:13-cv-07658 |
| ) | JUDGE VIRGINIA M. KENDALL |
| ) | |
| ENHANCED RECOVERY ) | |
| COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1), Plaintiff, SANDRA BEARD-GRADY, ("Plaintiff") by and through the undersigned attorney, pursuant to Fed R. Civ. P. 41(a)(1), hereby states as follows:

1. The dispute between the parties has settled; therefore, the claims asserted by Plaintiff, against Defendant, ENHANCED RECOVERY COMPANY, LLC, in the above captioned proceeding are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

RESPECTFULLY SUBMITTED,

By: /s/ Matthew W. Kiverts
Matthew W. Kiverts
IL Bar No.: 6284437
LAW OFFICES OF
MATTHEW WILLIAM KIVERTS
27 N. Wacker Dr., Suite 401
Chicago, IL 60606
(312) 624-9006

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically with the Clerk of Court by using the CM/ECF system; and, that a copy of same was also sent via electronic mail to Defendant's authorized representative, Rocky Landoll, at rlandoll@erccollections.com, on January 25, 2014.

By: /s/ Matthew W. Kiverts
Matthew W. Kiverts
IL Bar No.: 6284437
LAW OFFICES OF
MATTHEW WILLIAM KIVERTS
27 N. Wacker Dr., Suite 401
Chicago, IL 60606
(312) 624-9006
Attorneys for Plaintiff