## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sandra Beard–Grady

                Plaintiff,

v.                                         Case No.: 1:13–cv–07658
                                                   Honorable Virginia M. Kendall

Enhanced Recovery Company, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2014:

       MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to FRCP 41(a)(1), this case is hereby dismissed with prejudice, pursuant to settlement. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.